IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

LEWIS PERRY, )
        Plaintiff )
        v. ) No. 4:04-cv-72
BENICORP INSURANCE COMPANY, )
        Defendant )

## **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion to dismiss plaintiff's claim for failure to exhaust his administrative remedy [Court File #11] is GRANTED and this action DISMISSED.

**E N T E R :**

                          *s/ James H. Jarvis*
                       UNITED STATES DISTRICT JUDGE